**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RONESHA JOHNSON, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-2856-JTF-atc** |
| | ) | |
| **CARLISLE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL**

Before the Court is Plaintiffs' Notice of Voluntary Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed on April 17, 2024. (ECF No. 8.) The Court, being duly advised, finds that this action is voluntarily **DISMISSED** in its entirety without prejudice.

**IT IS SO ORDERED** this 23rd day of April 2024.

***s/John T. Fowlkes, Jr.***
JOHN T. FOWLKES, JR.
United States District Judge