**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| **RONESHA JOHNSON, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-2856-JTF-atc** |
| | ) | |
| **CARLISLE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JUDGMENT

Decision by the Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal, entered on April 23, 2024. (ECF No. 9.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

April 23, 2024
DATE

WENDY OLIVER
CLERK

s/Dairanetta S. Spain
(By) LAW CLERK